F. AMBROSE HAUGHEY et al., Respondents, *v.* BELMONT QUADRANGLE DRILLING CORPORATION, Appellant.

Submitted June 2, 1941; decided June 12, 1941.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended to provide that the judgments are reversed and a new trial granted, with costs to the appellant to abide the event solely upon the question of damages including possible issue whether the plaintiffs could supply gas up to the stipulated limit. (See 284 N. Y. 136.)

In the Matter of ALADA C. SENITHA, Appellant; FRANCIS A. McGURK, Respondent.

Submitted June 2, 1941; decided June 12, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 284 N. Y. 730.)

In the Matter of GEORGE H. EBERLE, Respondent, against FIORELLO H. LAGUARDIA et al., Constituting the Board of Estimate of the City of New York, as Trustees of the New York City Employees' Retirement System et al., Appellants.

Submitted June 2, 1941; decided June 12, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 285 N. Y. 247.)